JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| MA, BC, MK, PM, GM, SM, GO, RR, MR, JS, JW, VV, BM and CH, by and through Donald P. Milione, D.C., as attorney-in-fact | Aetna Life Insurance Company; and Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey |

| ATTORNEYS (Firm Name, Address, And Telephone Number) | ATTORNEYS (If Known) |
|---|---|
| The Killian Firm, P.C. -- Dimitri Teresh, Esq., 48 Wall Street, 11th Floor, New York, NY 10005, (732) 912-2100.  Co-counsel (pro hac vice): Ryan Milun, Esq., The Milun Law Firm, LLC, 20 Commerce Drive, Suite 135, Cranford, NJ 07016, (862) 702-5011. | |

CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

29 U.S.C. Sec. 1132(a)(1)(B) (ERISA) -- Action by employee-benefit-plan beneficiaries, through their attorney-in-fact, to recover health plan benefits improperly denied or underpaid by defendant insurers, with related declaratory and injunctive relief.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____
(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐    Dismissed. No ☐ Yes ☐    If yes, give date _____ & Case No. _____

Is this an international arbitration case?    Yes ☐    No ☐

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | | Torts | |
|---|---|---|---|---|---|---|
| | | **PERSONAL INJURY** | | **PERSONAL INJURY** | | |
| ☐ 110 | Insurance | ☐ 310 | Airplane | [ ] 365 | Personal Injury Product Liability | |
| ☐ 120 | Marine | ☐ 315 | Airplane Product Liability | ☐ 367 | Health Care/ Pharmaceutical | |
| ☐ 130 | Miller Act | ☐ 320 | Assault, Libel & Slander | ☐ 368 | Personal Injury Product Liability | |
| ☐ 140 | Negotiable Instrument | ☐ 330 | Federal Employers' Liability | | Asbestos Personal Injury Product Liability | |
| ☐ 150 | Recovery Of Overpayment & Enforcement Of Judgment | ☐ 340 | Marine | | | |
| | | ☐ 345 | Marine Product Liability | **PERSONAL PROPERTY** | | |
| ☐ 151 | Medicare Act | ☐ 350 | Motor Vehicle | ☐ 370 | Other Fraud | |
| ☐ 152 | Recovery Of Defaulted Student Loans (Excl Veterans) | ☐ 355 | Motor Vehicle Product Liability | ☐ 371 | Truth In Lending | |
| | | ☐ 360 | Other Personal Injury | ☐ 380 | Other Personal Property Damage | |
| ☐ 153 | Recovery Of Overpayment Of Veteran's Benefits | [ ] 362 | Personal Injury - Medical Malpractice | ☐ 385 | Property Damage Product Liability | |
| ☐ 160 | Stockholders Suits | | | | | |
| ☐ 190 | Other Contract | | | | | |
| ☐ 195 | Contract Product Liability | | | | | |
| [ ] 196 | Franchise | | | | | |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | | Bankruptcy | | Other Statutes | |
|---|---|---|---|---|---|
| ☐ 625 | Drug Related Seizure Of Property 21 USC 881 | ☐ 422 | Appeal 28 USC 158 | ☐ 375 | False Claims Act |
| | | ☐ 423 | Withdrawal 28 USC 157 | ☐ 376 | Qui Tam (31 USC 3729(a)) |
| ☐ 690 | Other | | | ☐ 400 | State Reapportionment |
| **Labor** | | **Intellectual Property Rights** | | ☐ 410 | Antitrust |
| | | | | ☐ 430 | Banks & Banking |
| ☐ 710 | Fair Labor Standards Act | [ ] 820 | Copyrights | ☐ 450 | Commerce |
| ☐ 720 | Labor/Management Relations | [ ] 830 | Patent | ☐ 460 | Deportation |
| | | [ ] 835 | Patent - Abbreviated New Drug Application | ☐ 470 | Racketeer Influenced & Corrupt Organization Act (Rico) |
| ☐ 740 | Railway Labor Act | ☐ 840 | Trademark | | |
| ☐ 751 | Family and Medical Leave Act (FMLA) | ☐ 880 | Defend Trade Secrets Act of 2016 | ☐ 480 | Consumer Credit (15 USC 1681 or 1692) |
| ☐ 790 | Other Labor Litigation | | | ☐ 485 | Telephone Consumer Protection Act |
| ☑ 791 | Employee Retirement Income Security Act (ERISA) | | | ☐ 490 | Cable/Satellite TV |
| | | | | ☐ 850 | Securities/ Commodities/ Exchange |
| | | | | ☐ 890 | Other Statutory Actions |
| | | | | ☐ 891 | Agricultural Acts |
| | | | | ☐ 893 | Environmental Matters |
| **Immigration** | | **Social Security** | | ☐ 895 | Freedom Of Information Act |
| ☐ 462 | Naturalization Application | ☐ 861 | HIA (1395ff) | ☐ 896 | Arbitration |
| ☐ 465 | Other Immigration Actions | ☐ 862 | Black Lung (923) | ☐ 899 | Administrative Procedure Act/ Review or Appeal of Agency Decision |
| | | ☐ 863 | DIWC/DIWW (405(G)) | | |
| | | ☐ 864 | SSID Title XVI | | |
| | | ☐ 865 | RSI (405(g)) | ☐ 950 | Constitutionality Of State Statutes |
| | | **Federal Tax Suits** | | | |
| | | ☐ 870 | Taxes (U.S. Plaintiff Or Defendant) | | |
| | | ☐ 871 | IRS-Third Party 26 USC 7609 | | |

| Real Property | | Civil Rights | | Prisoner Petitions | |
|---|---|---|---|---|---|
| [ ] 210 | Land Condemnation | ☐ 440 | Other Civil Rights (Non-Prisoner) | **Habeas Corpus** | |
| ☐ 220 | Foreclosure | | | ☐ 463 | Alien Detainee |
| ☐ 230 | Rent Lease & Ejectment | ☐ 441 | Voting | ☐ 510 | Motions To Vacate Sentence |
| | | ☐ 442 | Employment | | |
| ☐ 240 | Torts To Land | ☐ 443 | Housing/ Accommodations | ☐ 530 | General |
| ☐ 245 | Tort Product Liability | ☐ 445 | Americans With Disabilities - Employment | ☐ 535 | Death Penalty |
| ☐ 290 | All Other Real Property | | | **Other** | |
| | | ☐ 446 | Americans With Disabilities - Other | ☐ 540 | Mandamus & Other |
| | | ☐ 448 | Education | ☐ 550 | Civil Rights |
| | | | | ☐ 555 | Prison Condition |
| | | | | ☐ 560 | Civil Detainee - Conditions Of Confinement |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____ Decl. & inj. relief; fees, interest ⊞

*Check YES only if demanded in complaint*

JURY DEMAND:    YES    NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13?
If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

**(PLACE AN X IN ONE BOX ONLY)**                        **ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ a. **all parties
represented**

☐ b. **At least one party
is pro se.**

☐ 3 Remanded
from
Appellate
Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred
from (Specify
District)

☐ 6 Multidistrict
Litigation
(Transferred)

☐ 7 Appeal to
District Judge
from Magistrate
Judge

☐ 8 Multidistrict Litigation (Direct File)

---

**(PLACE AN x IN ONE BOX ONLY)**            **BASIS OF JURISDICTION**            ***IF DIVERSITY, INDICATE
CITIZENSHIP BELOW.***

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government NOT A PARTY)

☐ 4 Diversity

---

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

---

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

c/o Donald P. Milione, D.C. (attorney-in-fact for plaintiffs), 330 E 79th St, #1C, New York, NY 10021
(New York County)

---

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Aetna Life Insurance Company -- 151 Farmington Avenue, Hartford, CT 06156 (Hartford County)

Horizon Healthcare Services, Inc. -- Three Penn Plaza East, Newark, NJ 07105 (Essex County)

---

DEFENDANT(S) ADDRESS UNKNOWN
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following
Defendants:

---

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York,
and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:        ☐ WHITE PLAINS        ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 08/04/2026    SIGNATURE OF ATTORNEY OF
RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 06    Yr. 2013 )
Attorney Bar Code # 2043289

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)