UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.A. *et al.*,

Plaintiffs,

-v-

HORIZON HEALTHCARE SERVICES, INC. *et al.*,

Defendants.

26 Civ. 6514 (PAE)

ORDER TO
SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

Plaintiffs filed the complaint in this action on July 30, 2026. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. On August 12, 2026, electronic summons were issued as to Horizon Healthcare Services. Dkt. 5. On August 14, 2026, electronic summons were issued as to Aetna Life Insurance Company. Dkt. 7. It is hereby ORDERED that plaintiffs advise the Court in writing why plaintiffs failed to serve the Summons and Complaint within the 90-day period on defendants, or, if plaintiff believes that defendants have been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiff by November 13, 2026, showing good cause why such service was not made within 90 days, the Court will dismiss without prejudice the claims against defendants.

SO ORDERED.

Paul A. Engelmayer

Paul A. Engelmayer
United States District Judge

Dated: November 2, 2026
New York, New York