EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA A. NAIROOZ*

*MEMBER NJ & NY BAR

THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

November 13, 2026

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

**Re:** **M.A., et al. v. Horizon Healthcare Services, Inc., et al.**
**DOCKET NO. 1:26-cv-06514 (PAE)**
***Response to Order to Show Cause; Request for Time to Amend and Serve***

Dear Judge Engelmayer:

This Firm represents Plaintiffs in the above-referenced matter. Pursuant to the Court's November 2, 2026 Order to Show Cause (ECF No. 10), I respectfully write to explain the status of service and to request, by letter-motion under Fed. R. Civ. P. 4(m) and 15(a)(2), that the Court (1) permit Plaintiffs to file a Second Amended Complaint by November 20, 2026, and (2) extend Plaintiffs' time to serve the Second Amended Complaint on the defendants named in it to December 30, 2026.

**1. Background**

Plaintiffs filed the Complaint on July 30, 2026. Summonses issued on August 12 and August 14, 2026. (ECF Nos. 1, 5, 7.) On September 2, 2026, counsel for Defendant Aetna Life Insurance Company ("Aetna") contacted this Firm, advised that they had been retained to represent Aetna, and stated that Aetna would agree to waive service. On September 16, 2026, Plaintiffs provided the member information Aetna's counsel requested for each Aetna-covered Plaintiff. Aetna has had actual notice of this action since early September.

During the same period, Plaintiffs learned that Empire BlueCross BlueShield, not Horizon Healthcare Services, Inc. ("Horizon"), was the correct carrier for two Plaintiffs, and amended the pleading accordingly. The First Amended Complaint, filed October 1 and re-filed October 12, 2026, does not name Horizon. (ECF Nos. 8, 9.)

Plaintiffs then needed to do additional document review to confirm the accuracy of all named defendant entities. That review is complete, and Plaintiffs are now in a position to amend and file a Second Amended Complaint, which will supersede the First Amended Complaint. No defendant has been served or has executed a waiver of service yet. Once the Second Amended Complaint is filed, Plaintiffs will request summonses for each defendant named in it other than Aetna, serve those defendants, and send Aetna's counsel a Rule 4(d) waiver request.

**2. <u>An Extension Is Warranted</u>**

Leave to amend should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). If a plaintiff shows good cause for a failure to serve, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Even without good cause, the Court has discretion to extend the time to serve. <u>Zapata v. City of New York</u>, 502 F.3d 192, 196 (2d Cir. 2007).

An extension is warranted here. Aetna has known about this action through its counsel since early September, well within the original service period, and said on September 2, 2026 that it would agree to waive service. Aetna is not prejudiced. Since then, Plaintiffs have worked to confirm that the pleading names the correct defendant entities, so that each defendant is served once with an accurate pleading. A single service date for all defendants keeps the case on one schedule, and December 30, 2026 leaves forty days to complete service after the Second Amended Complaint is filed. No conference has been scheduled and no scheduling order has been entered, so the extension does not affect any other date.

Under Section 1.E of the Court's Individual Rules and Practices in Civil Cases: the original Rule 4(m) date, measured from the filing of the original Complaint, was October 28, 2026; Plaintiffs ask that the Court set December 30, 2026 as the date for service, as Rule 4(m) allows the Court to "order that service be made within a specified time"; Plaintiffs have made no prior request to extend the time to serve; and no defendant has appeared.

For these reasons, Plaintiffs respectfully request that the Court accept this letter as Plaintiffs' response to the Order to Show Cause, not dismiss Plaintiffs' claims, permit Plaintiffs to file a Second Amended Complaint by November 20, 2026, and extend Plaintiffs' time to serve the Second Amended Complaint on the defendants named in it to December 30, 2026. We thank the Court for its attention to this matter.

Yours truly,

**THE KILLIAN FIRM, P.C.**
*Attorneys for Plaintiffs*

By: *<u>/s/ Dimitri Teresh</u>*
Dimitri Teresh, Esq.
dteresh@tkfpc.com

GRANTED. The Court finds good cause to extend the time for service and to grant leave to amend. Plaintiffs' amended complaint is due November 20, 2026. Proof of service is due December 30, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: November 16, 2026
New York, New York